David S. Carter
Hughes Gorski Seedorf Odsen & Tervooren, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax
Email: dcarter@hglawfirm.net

Attorneys for defendant Geico Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| JOHN GARISTO,<br><br>Plaintiff,<br><br>vs<br><br>**GEICO INSURANCE COMPANY** and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants. | **Case No. 3:10-cv-**_____<br><br><br>**NOTICE OF REMOVAL** |

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Defendant/Removing Party, Geico General Insurance Company ("GEICO"), through its attorneys, HUGHES GORSKI SEEDORF ODSEN & TERVOOREN, LLC, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its notice of removal of the above-entitled action.

This notice of defendant GEICO respectfully shows:

1. On October 14, 2010, plaintiff commenced the above-entitled action against defendants Geico Insurance Company and State Farm Mutual Automobile Insurance Company in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-10-11432 Civil. Geico was notified of the lawsuit when it received a copy of the complaint on October 20, 2010. Geico was subsequently served with the complaint when it received notice, on November 10, 2010, from the Division of Insurance that the division had accepted service of the complaint on November 1, 2010.

2. Copies of process and the complaint in the superior court are filed herewith pursuant to 28 U.S.C. § 1446(a).

3. Pursuant to 28 U.S.C. § 1332(a)(1), federal district courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4. For the purposes of determining diversity, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the state where it has its principal place of business." 28 U.S.C. § 1332(c)(1); *see, also, Fifty Assoc. v. Prudential Ins. Co. of Am.*, 446 F.2d 1187, 1190 (9th Cir. 1970). Individuals are deemed to be citizens of the state of their domicile. *Law v. Moss*, 797 F.2d 747, 749 (9th Cir. 1986).

5. The plaintiff is a resident of the state of Alaska. *See*, plaintiff's Compl. at ¶ 1. Defendant Geico is a corporation incorporated and existing under the laws of the

state of Maryland, with its principal place of business in the state of Maryland, and is therefore deemed to be a citizen of Maryland. Defendant State Farm Mutual Automobile Insurance Company is a mutual insurance company organized under the laws of the state of Illinois, with its principal place of business in the state of Illinois, and is therefore deemed to be a citizen of Illinois. The amount in controversy in the above-entitled action, exclusive of cost and interest, exceeds $75,000. The complaint is filed in the Alaska Superior Court which, pursuant to AS 22.10.020, has jurisdiction in matters that exceed $100,000. Thus, while the plaintiff is seeking an unspecified amount of damages, there is sufficient allegation on the face of the complaint to meet the $75,000 amount in controversy. Further, the complaint asserts claims against two different insurance companies and at least two different insurance policies. The state of Alaska has a $50,000 minimum per each policy's uninsured motorist coverage. The complaint also seeks medical benefits coverages in addition to first party uninsured motorist coverage benefits. *See,* Compl. at ¶ 11. Finally, the complaint seeks unspecified damages for "breach of contract" in an amount to be determined at a later date. *See,* Prayer for Relief on p. 3 of plaintiff's Complaint.

6. This notice of removal is being filed pursuant to 28 U.S.C. § 1446(a) and (b) within thirty (30) days after receipt by Geico of a copy of the initial pleading setting forth the claims of John Garisto against Geico and the State Farm Mutual Automobile Insurance Company.

7. A notice of filing this notice of removal will be filed with the Superior Court of the State of Alaska, Third Judicial District at Anchorage, and served on plaintiff.

8. Upon information and belief, and pursuant to 28 U.S.C. § 1446(a), defendant State Farm Mutual Automobile Insurance Company also desires to remove this civil action from the state court to the federal court. Upon information and belief, State Farm received a copy of the complaint on November 8, 2010. A notice of filing this notice of removal is also being served on counsel for the State Farm Mutual Automobile Insurance Company. It is expected that State Farm will file a notice confirming its consent and agreement with this removal within 30 days of its receipt of the complaint.

WHEREFORE, defendant Geico gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District is hereby removed to this court.

DATED at Anchorage, Alaska, this 17th day of November, 2010.

*(signature)*
David S. Carter
HUGHES GORSKI SEEDORF ODSEN
& TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
PH: (907) 274-7522
FAX: (907) 263-8320
E-mail: dcarter@hglawfirm.net
ABA No. 8411105

## VERIFICATION

UNITED STATES OF AMERICA )
                                              ) ss.
DISTRICT OF ALASKA               )

David S. Carter, being first duly sworn, deposes and states that he is the attorney for Defendant Geico Insurance Company, that he knows the contents of this notice of removal and that the same are true and accurate to the best of his knowledge and belief; and that he voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of Geico Insurance Company.

                                                       David S. Carter

SUBSCRIBED AND SWORN to before me this 17th day of November, 2010.

                                   Notary Public in and for Alaska
                                   My Commission Expires: 12-25-2010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served November 17, 2010 via U.S. Mail on:

    Michaela K. Canterbury
    Kelley & Canterbury, L.L.C.
    821 N Street, Ste. 205
    Anchorage, AK 99501

    Laura L. Farley
    Farley & Graves, P.C.
    807 G Street, Suite 250
    Anchorage, AK 99501



NOTICE OF REMOVAL - 5
*Garisto v. Geico Ins. Co., et al.,* Case No. 3:10-cv-_____
293960(120-570)