03285776/0/0/0/8/ JG//
ML

STATE OF ALASKA
DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

## CERTIFICATE OF SERVICE

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, COMPLAINT, AND EXHIBIT IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE,

JOHN GARISTO,

VS.

GEICO INSURANCE COMPANY AND
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

CASE NO. 3AN-10-11432 CI

RECEIVED
NOV 1 0 2010
S. Burklin

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 01ST DAY OF NOVEMBER, 2010.

In accordance with the provisions of AS 21.09.180-190, one copy of the document together with my certification is forwarded to you:

GEICO GENERAL INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Stacie Estevez
Phone (907) 465-4614



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at Juneau, Alaska
this 04TH DAY OF NOVEMBER,
2010.

 

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

John Garisto
Plaintiff(s),

vs.

Geico Ins. Co., Mut., Auto. Ins.
State Farm Mut. Auto. Ins.
Co.
Defendant(s).

CASE NO. 3AN-10-11432 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: Geico Ins. Co.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Kelley & Canterbury, whose address is: 821 N Street #205, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge __Bindner__ and Master

☐ This case has been assigned to District Court Judge _____

__10-14-10__
Date

CLERK OF COURT

By: _____
Deputy Clerk

I certify that on 10-14-10 a copy of this Summons was ☐ mailed ☐ given to
☐ plaintiff  ☐ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order  ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| John Garisto, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| Geico Insurance Company and State Farm Mutual Automobile Insurance Company | ) ) ) |
|     Defendants. | ) ) |

Case No. 3AN-10-11432 CI

## COMPLAINT

COMES NOW plaintiff John Garisto, by and through attorneys Kelley & Canterbury, and for claims against defendants, Geico Insurance Company (hereinafter Geico) and State Farm Mutual Automobile Insurance Company (hereinafter State Farm), alleges and complains:

### I. JURISDICTION

1. Plaintiff Garisto is an adult resident of the State of Alaska and is qualified to bring and maintain this cause of action.

2. Defendants Geico and State Farm are corporations in the business of selling insurance policies within the State of Alaska, Third Judicial District in Anchorage.

3. Amber Vincent, plaintiff Garisto's significant other, purchased a policy of insurance in Alaska from defendant State Farm, policy form 9802.3, that was in effect in January, 2010.

4. Plaintiff Garisto purchased a policy of insurance in Alaska from defendant Geico, policy contract 4103.18.31.84 that was in effect in January, 2010.



Kelley &
Canterbury

821 N Street, Suite 205
Anchorage, AK 99501
Telephone (907) 276-8185
Fax (907) 279-3829

*Complaint*
*Garisto v. Geico et. al*

## II. FACTS RELEVANT TO CLAIMS

5. On January 27, 2010 plaintiff Garisto operated Ms. Amber Vincent's vehicle and was struck by a vehicle negligently operated by an unidentified motorist. Plaintiff Garisto sustained injuries, harms and losses in the collision involving the unidentified driver.

6. In a confused state, plaintiff attempted to exit the vehicle when a person from the tortfeasor's vehicle imparted physical harms upon plaintiff, (Exhibit A, police report).

7. Plaintiff purchased medical payments and uninsured motorist coverages from defendant Geico, (Exhibit B, Geico's Declaration Page).

8. Ms. Vincent purchased Uninsured/Underinsured Motorist Coverage from defendant State Farm. (Exhibit C, State Farm Declaration Page and Policy).

## III. CLAIMS AGAINST INSURER DEFENDANT'S

9. Defendant Geico has not paid medical payments or uninsured motorist benefits for motor vehicle collision related injuries despite plaintiff's request for benefits, (Exhibit D, Request for Medical Payments benefits).

10. Defendant State Farm's contract for uninsured/underinsured motorist coverage provides recovery of benefits for permissive users of the vehicle insured by Ms. Amber M. Vincent. Permissive users are to recover losses sustained as a result of an Uninsured/Underinsured tortfeasor's negligence, (see Exhibit C at page 15).

11. Plaintiff is entitled to first party uninsured motorist and medical benefits coverages under the Geico and State Farm insurance contracts pursuant to AS 28.22.221. The State Farm policy is the first layer of uninsured motorist coverage on a priority basis, (id).



Kelley & Canterbury

821 N Street, Suite 205
Anchorage, AK 99501
Telephone (907) 276-8185
Fax (907) 279-3829

*Complaint*
*Garisto v. Geico et. al*
Page 2 of 3

12. Defendants Geico and State Farm refuse to extend first party benefits to plaintiff and the policies require suit to be filed to recover damages sustained as a result of an Uninsured Motorist collision.

13. Plaintiff requests this Court declare each insurer's contractual obligations under the respective policies and to pay first party Medical Payment and Uninsured Motorist benefits.

WHEREFORE, Plaintiff, John Garisto, prays for judgment against defendants State Farm and Geico as follows:

1. Judgment declaring that plaintiff is a covered insured under both Geico and State Farm policies;

2. For a judgment against defendants State Farm and Geico for damages that result from the 1/27/10 motor vehicle collision and for breach of contract in an amount to be determined at a later date and within the jurisdictional limits of this Court.

3. For an award of actual attorneys fees, costs and interest; and

4. For such other relief as this Court deems fair, just, and equitable.

DATED this __14__ day of October, 2010, at Anchorage, Alaska.

Respectfully Submitted
KELLEY & CANTERBURY, LLC

_____
Michaela K. Canterbury ABA No. 9411089
Attorneys for Plaintiff



Kelley &
Canterbury
LLC

821 N Street, Suite 205
Anchorage, AK 99501
Telephone (907) 276-8185
Fax (907) 279-3829

*Complaint*
*Garisto v. Geico et. al*
Page 5 of 5