IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| JOHN GARISTO,<br><br>Plaintiff,<br><br>vs<br><br>**GEICO INSURANCE COMPANY** and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants. | **Case No. 3:10-cv-00261-TMB**<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS BETWEEN PLAINTIFF JOHN GARISTO AND GEICO INSURANCE COMPANY** |

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel of record, that all claims in the above-entitled action between plaintiff John Garisto and defendant Geico Insurance Company be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented between plaintiff and defendant Geico have been fully resolved.

This Stipulation does not affect, and specifically does not release, any claims of plaintiff against defendant State Farm Mutual Automobile Insurance Company.

This Stipulation for Dismissal is in accordance with Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure providing that an action may be dismissed without order of the court by filing a Stipulation for Dismissal signed by all parties. The parties certify that the settlement information required under AS 09.68.130 and Alaska Civil Rule 41(a)(3) will be submitted to the Alaska Judicial Council within thirty (30) days.

DATED at Anchorage, Alaska, this 29th day of September, 2011.

*signature*
David S. Carter
HUGHES GORSKI SEEDORF ODSEN
& TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
PH: (907) 274-7522
FAX: (907) 263-8320
E-mail: dcarter@hglawfirm.net
ABA No. 8411105

*Attorneys for defendant Geico Insurance Co.*

DATED at Anchorage, Alaska, this 28th day of September, 2011.

*signature*
Michaela K. Canterbury
KELLEY & CANTERBURY, LLC
821 N Street, Suite 205
Anchorage, Alaska 99501
PH: (907) 276-8185
FAX: (907) 279-3829
E-mail: firm@kelleyandcanterbury.com
ABA No. 9411089

*Attorneys for plaintiff*

DATED at Anchorage, Alaska, this ___3___ day of September, 2011.

_____
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: lfarley@farleygraves.com
        khelton@farleygraves.com
Alaska Bar No.: 9211078

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2011, a true and correct copy of the foregoing was served via the court's ECF system on *Michaela K. Canterbury* and *Laura L. Farley.*

_____s/ David S. Carter_____

STIPULATION FOR DISMISSAL – 3
*Garisto v Geico &State Farm*, Case No. Case No. 3:10-cv-00261-TMB
301045(120-570)